UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DENICE A. FREDERICK, </br></br> Plaintiff, </br></br> v. </br></br> LIFE INSURANCE COMPANY OF NORTH AMERICA, </br></br> Defendant. | Case No. 4:24-cv-00367-SRC |

## Judgment

In accordance with the Memorandum and Order issued on this date, the Court grants Life Insurance Company of North America's [20] Motion for Summary Judgment. The Court enters judgment in favor of LINA, dismissing this case.

So ordered this 10th day of January 2025.

_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE